UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAWAIN WILLIAMS** | * | CIVIL ACTION NO.: 3:23-cv-00031 |
| | * | |
| | * | SECTION: |
| | * | |
| **VERSUS** | * | JUDGE: BRIAN A. JACKSON |
| | * | |
| **MCCOMB DIESEL, INC., BRIDGESTONE AMERICA'S TIRE OPERATIONS, LLC, ET AL** | * | MAGISTRATE: SCOTT D. JOHNSON |

**************************************************************************

## MOTION TO SUBSTITUTE JOINT NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, McComb Diesel, Inc. ("McComb Diesel") and Bridgestone Americas Tire Operations, LLC ("BATO"), who moves this Honorable Court to substitute the original Joint Notice of Removal (R. Doc. 1) with Exhibit A attached hereto, which simply updates the caption from *"Jawain Williams v. McComb Diesel, Inc, Bridgestone America's Tire Operation, LLC, et al"* to *"Jawain Williams v. McComb Diesel, Inc, Bridgestone America's Tire Operation, LLC, John Doe, ABC Insurance Company, DEF Insurance Company"* as requested by the court. There are no other changes other than the caption found in Exhibit A. Opposing counsel has no opposition to this Motion.

Respectfully submitted,

**COURINGTON, KIEFER, SOMMERS, MARULLO, & MATHERNE, L.L.C.**

*s/Brittney B. Ankersen*
**JEFFREY M. BURG (#25993)**
**BRITTNEY B. ANKERSEN (#34469)**
**MATHILDE V. SEMMES (#36015)**
616 Girod Street

{00936682.DOCX;1}

        New Orleans, LA 70130
        Telephone: (504) 524-5510
        Facsimile: (504) 524-7887
        Email: jburg@courington-law.com
              bankersen@courington-law.com
              msemmes@courington-law.com
        *Attorneys for Defendant, McComb Diesel, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        *s/Brittney B. Ankersen*
        **BRITTNEY B. ANKERSEN (#34469)**

{00936682.DOCX;1}