UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASMINE GRAY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-00626-BAJ-EWD |
| McCOMB DIESEL, ET AL. | C/W NO. 23-00031-BAJ-EWD |

### ORDER

Considering the Parties' **Joint Notice of Settlement in Accord with Local Rule 16(C) (Doc. 89)**, which reflects that the Parties have reached a compromise and settlement of all claims in this matter, and requests a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the Parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 4th day of October, 2023

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury